IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SAMUEL SANDERS**                                                    **PLAINTIFF**

**CASE NO. 5:16-CV-319-BD**

**NANCY BERYYHILL, Acting Commissioner,**
**Social Security Administration**                                 **DEFENDANT**

## **ORDER**

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Samuel Sanders and against the Defendant, Nancy A. Berryhill, Acting Commissioner of the Social Security Administration.

DATED this 5th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE